**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

WILLIAM DALE CARTER,        )
                                    )
                  **Plaintiff,**     )
                                    )
**vs.**                              )         **Case No. 08-cv-0574-MJR**
                                    )
**JOHN DOES,**              )
                                    )
                **Defendants.**   )

## ORDER

**REAGAN, District Judge:**

On August 11, 2008, Plaintiff Carter, an inmate at Robinson Correctional Center,
filed the above-captioned action (Doc. 1). The ten-count complaint alleges various violations of
Carter's civil rights. However, Counts 1, 2, 3, 4, 6, 9, and 10 did not survive threshold review under
**28 U.S.C. § 1915A** and were dismissed (Doc. 12). Additionally, the Court explained that Counts
7 and 8 were not sufficiently related to Count 5, such that the Court intended to sever Counts 7 and
8 into separate actions pursuant to *George v. Smith*, **507 F.3d 605, 607 (7th Cir. 2007)**. Armed
with this information, Carter opted to voluntarily dismiss Counts 7 and 8 (Docs. 16 & 17).
Consequently, only Carter's claim against the John Doe Defendants in Count 5 remained pending.

On May 11, 2009, Carter filed a "Petition for a Certificate of Appealability" so that
he could challenge the dismissal of Counts 1, 2, 3, 4, 6, 9, and 10 (Doc. 18). This request was
denied as premature (Doc. 21). However, it appears that the Clerk's office construed Carter's filing
as a notice of appeal, at which time the Seventh Circuit assigned a case number (*see* Docs. 22–26).

This sequence of events has created understandable confusion for Carter, as he now
asks the Court to clarify the status of the case and stay the appeal until judgment is entered (Docs.

28 & 29).  Accordingly, the Court notes as follows.

Carter's case is in fact currently on appeal to the Seventh Circuit.  While the appeal remains pending, this Court lacks jurisdiction to proceed on Carter's remaining claim in this action. Additionally, this Court has no authority to stay an appeal that is pending before the Seventh Circuit. As a result, Carter should direct his filings to the Seventh Circuit until his appeal is concluded, at which time this District Court will proceed with his remaining claim.

As a result, the Court must **DENY** Carter's motion to amend his certificate of appealability (Doc. 28) and **DENY** his motion to stay his appeal (Doc. 29).

**IT IS SO ORDERED.**

**DATED this 1st day of June 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
